NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DATATREASURY CORPORATION,**
*Appellant*

---

2016-1250

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,537.

---

Decided: October 13, 2016

---

DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX, argued for appellant. Also represented by CHRISTIAN JOHN HURT, Dallas, TX.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, ROBERT MCBRIDE.

---

Before MOORE, WALLACH, and CHEN, *Circuit Judges.*

PER CURIAM.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16-1046.

Appellant DataTreasury Corp. also moved for costs under Rule 30, arguing the Director should reimburse DataTreasury for printing costs relating to unnecessary pages included in the Joint Appendix. Docket No. 32. We deny the motion, but we caution the Director to carefully evaluate which material it elects to cite in the Joint Appendix and only include material relevant to the issues disputed in a particular appeal.